**RECEIVED**

JUL 1 0 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>6302 Massachusetts Avenue )<br>Bethesda, Maryland 20816 )<br>)<br>Defendant. ) | Case # 08-CV-00997<br>The Honorable Colleen Kollar-Kotelly |

## PRO SE CLAIM - STATEMENT PURSUANT TO ADMIRALTY RULE G (5)

Pursuant to Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions Rule G (5), the Claimant, Amanda Ward (Foxman) ("Claimant"), submits this claim - statement of ownership contesting the forfeiture and seizure of real property located at 6302 Massachusetts Avenue, Bethesda, Maryland 20816. The Pro Se, Claimant says as follows:

1. The property claimed in the above-captioned is 6302 Massachusetts Avenue, Bethesda, Maryland 20816 ("Subject Property").

2. This claim - statement is timely filed to contest the forfeiture.

3. I am the owner and/or I have an ownership interest in some and/or all of the Subject Property.

4. I hereby contest the Government's allegation that the Subject Property was used or acquired in violation of 18 U.S.C. § 981 (a)(1)(C), 18 U.S.C. § 2314 or 18 U.S.C. §1957 or otherwise subject to forfeiture. I am entitled to the use and possession of the Subject Property.

1

## VERIFICATION

Pursuant to Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions Rule G (5), I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, executed on July 9th, 2008.

_____
Amanda Ward (Foxman),
Pro Se Claimant

## Certificate of Service

I certify that on the 9th day of July, 2008, I served a copy of the foregoing document upon Diane G. Lucas, Esquire, Assistant United States Attorney, 555 4th Street, NW, Room 4822, Washington, D.C. 20530 via first class mail, postage prepaid.

_____
Amanda Ward (Foxman),
Pro Se Claimant

2