# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>-v.- )<br>)<br>6302 Massachusetts Avenue )<br>Bethesda, MD 20816 )<br>Defendant. )<br>_____ ) | Case No.: 1:08-CV-00977<br>Hon. Colleen Kollar-Kotelly |

## NOTICE OF APPEARANCE

Please enter the appearance of Ronald C. Machen as counsel in this case for Claimant Christopher J. Ward.

                                                        Respectfully submitted,

                                                        /s/ Ronald C. Machen_____<br>
                                                        Ronald C. Machen, DC Bar 447889<br>
                                                        Wilmer Cutler Pickering Hale and<br>
                                                        Dorr LLP<br>
                                                        Attorney for Claimant Christopher J. Ward<br>
                                                        1875 Pennsylvania Avenue, NW<br>
                                                        Washington, DC 20006<br>
                                                        Telephone (202) 663-6000<br>
Date: July 15, 2008                                       Fax (202) 663 6363

**CERTIFICATE OF SERVICE**

     I HEREBY CERTIFY that on this 15th day of July, 2008, a copy of the foregoing NOTICE OF APPEARANCE was served by first class mail upon the parties below, and was filed electronically with the Clerk of the Court. The electronic filing prompted automatic service of the filing to all counsel of record in this case who have obtained CM/ECF passwords. The following parties were served by first class mail:

        Diane G. Lucas
        Assistant United States Attorney
        U.S. ATTORNEY'S OFFICE
        555 Fourth Street, NW
        Washington, DC 20530

        Amanda Foxman Ward
        Pro Se Claimant
        P.O. Box 956
        Unionville PA 19375

                        /s/ Ronald C. Machen