IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>-v.- )<br>)<br>6302 Massachusetts Avenue )<br>Bethesda, MD 20816 )<br>Defendant. )<br>_____ ) | Case No.: 1:08-CV-00977<br>Hon. Colleen Kollar-Kotelly |

## VERIFIED CLAIM OF CHRISTOPHER J. WARD

Pursuant to Rule G(5) of the Supplemental Rules for Admiralty or Maritime and Asset Forfeiture Claims, Claimant Christopher J. Ward hereby states his claim to the defendant real property 6302 Massachusetts Avenue, Bethesda, MD 20816:

1. The claimant asserting this claim is Christopher J. Ward ("Claimant").

2. Claimant hereby claims his interest in 6302 Massachusetts Avenue, Bethesda, MD 20816 ("the defendant real property"), more fully described as:

> Lot 5 in Block 9A, part of a resubdivision of original lots 12-16, Block 9 in the subdivision known as and called "GLEN ECHO HEIGHTS", as per plat recorded in Plat Book 19, at Plat No. 1218, among the Land Records of Montgomery County, Maryland.

3. Claimant and his wife, Amanda F. Ward, jointly own the defendant real property, subject only to a mortgage, as recorded in the land records of Montgomery County, Maryland.

## VERIFICATION

I, Christopher J. Ward, hereby declare under penalty of perjury that the forgoing is true and correct. Executed this ___ day of July, 2008.

Christopher J. Ward

Respectfully submitted,

        /s/ Ronald C. Machen
Ronald C. Machen, DC Bar 447889
Wilmer Cutler Pickering Hale and
Dorr LLP
Attorney for Claimant Christopher J. Ward
1875 Pennsylvania Avenue, NW
Washington, DC 20006
Telephone (202) 663-6000

Date: July 15, 2008        Fax (202) 663 6363

US1DOCS 6746780v1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 15th day of July, 2008, a copy of the foregoing VERIFIED CLAIM OF CHRISTOPHER J. WARD was served by first class mail upon the parties below, and was filed electronically with the Clerk of the Court. The electronic filing prompted automatic service of the filing to all counsel of record in this case who have obtained CM/ECF passwords. The following parties were served by first class mail:

>Diane G. Lucas
>Assistant United States Attorney
>U.S. ATTORNEY'S OFFICE
>555 Fourth Street, NW
>Washington, DC 20530
>
>Amanda Foxman Ward
>Pro Se Claimant
>P.O. Box 956
>Unionville PA 19375

>     /s/ Ronald C. Machen