IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>6302 Massachusetts Avenue )<br>Bethesda, Maryland 20816 )<br>)<br>Defendant. )<br>) | Case # 08-CV-00997<br>The Honorable Colleen Kollar-Kotelly |

## MOTION FOR EXTENSION OF TIME TO FILE ANSWER

Pursuant to Federal Rule of Civil Procedure 6(b), *Pro Se* Claimant, Amanda Ward (Foxman) ("Claimant"), respectfully requests that the Court extend the time that she has to file an answer for thirty (30) days in the above-captioned matter. In support of her request, Claimant states as follows:

1. On June 6, 2008, the United States of America filed a Verified Complaint for Forfeiture *In Rem* in the above-captioned matter.

2. On July 10, 2008, Claimant filed a *Pro Se* Claim – Statement Pursuant to Admiralty Rule G(5).

3. Because the parties to this matter are engaged in settlement discussions, Claimant respectfully requests that the Court extend the time she has to file an Answer for a brief thirty (30) day period of time.

4. The Government consents to Claimant's request for an extension of time to file an Answer in the above-referenced matter.

1

**RECEIVED**
JUL 3 0 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

WHEREFORE, for the foregoing reasons, Claimant respectfully requests that the Court grant a thirty (30) day extension of time to file her Answer in the above-captioned matter or until Friday, August 29, 2008.

Date: July 29, 2008

Respectfully submitted,

*[signature]*

Amanda Ward
P.O. Box 956
Unionville, PA 19375
(610) 347-1419

## Certificate of Service

I certify that on the 29th day of July, 2008, I served via first class mail, postage prepaid. a copy of the foregoing document upon:

Diane G. Lucas, Esquire
Assistant United States Attorney
555 4th Street, NW, Room 4822
Washington, D.C. 20530

Ronald C. Machen, Esquire
Wilmer Cutler Pickering Hale and Dorr LLP
1875 Pennsylvania Avenue, NW
Washington, D.C. 20006
Attorney for Christopher J. Ward

*[signature]*

Amanda Ward

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>6302 Massachusetts Avenue )<br>Bethesda, Maryland 20816 )<br>)<br>Defendant. )<br>) | Case # 08-CV-00997<br>The Honorable Colleen Kollar-Kotelly |

### ORDER

Upon consideration of the foregoing Motion for Extension of Time to File Answer and no opposition thereto, it is this _____ day of _____, 2008, by the United States District Court for the District of Columbia,

ORDERED, that Claimant, Amanda Ward's (Foxman) Motion for Extension of Time to File Answer be and is hereby GRANTED; and it is further,

ORDERED that the time for Claimant, Amanda Ward (Foxman) to file her Answer in the above-captioned matter be and is hereby extended for thirty (30) days or until Friday, August 29, 2008.

The Honorable Colleen Kollar-Kotelly
United States District Court
For the District of Columbia
