IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>-v.- )<br>)<br>6302 Massachusetts Avenue )<br>Bethesda, MD 20816 )<br>Defendant. )<br>_____) | Case No.: 1:08-CV-00977<br>Hon. Colleen Kollar-Kotelly |

**CONSENT MOTION FOR EXTENSION OF TIME**

Claimant Christopher J. Ward, by the undersigned counsel, pursuant to Fed. R. Civ. P. 6(b), and for good cause shown, respectfully moves this Court for a sixty-day extension of time in which to file an answer to the complaint. The undersigned contacted counsel for plaintiff, as well as claimant Amanda F. Ward, all of whom agree to the motion, and all of whom agree that an extension would serve the best interests of all parties and would furthermore serve the interests of judicial economy. For these reasons, and with the consent of counsel for plaintiff, as well as claimant Amanda F. Ward, claimant Christopher J. Ward respectfully requests that the Court grant the motion for an extension of time.

Respectfully submitted this 1st day of August, 2008.

/s/ Ronald C. Machen
Ronald C. Machen, DC Bar 447889
Wilmer Cutler Pickering Hale and
Dorr LLP
Attorney for Claimant Christopher J. Ward
1875 Pennsylvania Avenue, NW
Washington, DC 20006
Telephone (202) 663-6000
Fax (202) 663 6363

US1DOCS 6769411v1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| -v.- | ) | Case No.: 1:08-CV-00977 |
| | ) | Hon. Colleen Kollar-Kotelly |
| 6302 Massachusetts Avenue | ) | |
| Bethesda, MD 20816 | ) | |
| Defendant. | ) | |
| | ) | |

## ORDER GRANTING CONSENT MOTION FOR EXTENSION OF TIME

Upon consideration of Claimant Christopher J. Ward's Consent Motion For Extension Of Time, it is hereby **ORDERED** that the Motion is **GRANTED.** It is further **ORDERED** that claimant Christopher J. Ward shall have an additional sixty days in which to file an answer to plaintiff's complaint.

Date:_____          _____
                                          Hon. Colleen Kollar-Kotelly
                                          United States District Court

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 1st day of August, 2008, a copy of the foregoing CONSENT MOTION FOR EXTENSION OF TIME was served by first class mail upon the parties below, and was filed electronically with the Clerk of the Court.  The electronic filing prompted automatic service of the filing to all counsel of record in this case who have obtained CM/ECF passwords.  The following parties were served by first class mail:

> Diane G. Lucas
> Assistant United States Attorney
> U.S. ATTORNEY'S OFFICE
> 555 Fourth Street, NW
> Washington, DC 20530
>
> Amanda Foxman Ward
> Pro Se Claimant
> P.O. Box 956
> Unionville PA 19375

                                                    __/s/ Ronald C. Machen__