IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>6302 Massachusetts Avenue )<br>Bethesda, Maryland 20816 )<br>)<br>Defendant. )<br>) | Case # 08-CV-00977<br>The Honorable Colleen Kollar-Kotelly |

**NOTICE OF APPEARANCE**

Please enter the appearance of Kim Viti Fiorentino as counsel to Claimant, Amanda Ward in the above-captioned matter.

Date: August 29, 2008

Respectfully submitted,

SHULMAN, ROGERS, GANDAL,
PORDY & ECKER, P.A.

By *Kim Viti Fiorentino*
Kim Viti Fiorentino
D.C. Bar No. 434967

11921 Rockville Pike, Suite 300
Rockville, Maryland 20852
(301) 230-5200
(301) 230-2891 facsimile
*kviti@srgpe.com*

Counsel for Amanda Foxman Ward

1

## Certificate of Service

I certify that on the 29th day of August, 2008, a copy of the foregoing Notice of Appearance was served by first class mail upon the parties below:

Diane G. Lucas, Esquire
Assistant United States Attorney
555 4th Street, NW, Room 4822
Washington, D.C. 20530

Ronald C. Machen, Esquire
Wilmer Cutler Pickering Hale and Dorr LLP
1875 Pennsylvania Avenue, NW
Washington, D.C. 20006
Attorney for Christopher J. Ward

_Kim Viti Fiorentino_ by HLH
Kim Viti Fiorentino