IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case # 08-CV-00977 |
| ) | The Honorable Colleen Kollar-Kotelly |
| 6302 Massachusetts Avenue ) | |
| Bethesda, Maryland 20816 ) | |
| ) | |
| Defendant. ) | |
| ) | |

## SECOND MOTION FOR EXTENSION OF TIME TO FILE ANSWER

Pursuant to Federal Rule of Civil Procedure 6(b), Claimant, Amanda Ward (Foxman) ("Claimant"), by the undersigned counsel, respectfully requests that the Court extend the time that she has to file an answer for an additional sixty (60) days in the above-captioned matter. In support of her request, Claimant states as follows:

1. On June 6, 2008, the United States of America filed a Verified Complaint for Forfeiture *In Rem* in the above-captioned matter.

2. On July 10, 2008, Claimant filed a *Pro Se* Claim – Statement Pursuant to Admiralty Rule G(5).

3. The Court previously granted Claimant's request for a thirty (30) day extension of time to file an Answer in this matter. Claimant's Answer is currently due on or before Friday, August 29, 2008.

4. Because the parties to this matter are engaged in ongoing settlement discussions and have agreed to the interlocutory sale of the property, Claimant respectfully requests that the

1

Court grant her an extension of time in which she has to file an Answer for an additional sixty (60) days.

    5. The Government consents to Claimant's request for an extension of time to file an Answer in the above-referenced matter.

    WHEREFORE, for the foregoing reasons, Claimant respectfully requests that the Court grant an additional sixty (60) day extension of time to file her Answer in the above-captioned matter or until October 28, 2008.

Date: August 29, 2008

    Respectfully submitted,

    SHULMAN, ROGERS, GANDAL,
     PORDY & ECKER, P.A.

    By_____/s/_____
     Kim Viti Fiorentino
     D.C. Bar No. 434967

    11921 Rockville Pike, Suite 300
    Rockville, Maryland 20852
    (301) 230-5200
    (301) 230-2891 facsimile
    kviti@srgpe.com

    Counsel for Amanda Foxman Ward

## Certificate of Service

I certify that on the 29th day of August, 2008, a copy of the foregoing Second Motion for Extension of Time was served by first class mail upon the parties below:

Diane G. Lucas, Esquire
Assistant United States Attorney
555 4th Street, NW, Room 4822
Washington, D.C. 20530

Ronald C. Machen, Esquire
Wilmer Cutler Pickering Hale and Dorr LLP
1875 Pennsylvania Avenue, NW
Washington, D.C. 20006
Attorney for Christopher J. Ward

                                      /s/
                               Kim Viti Fiorentino

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>6302 Massachusetts Avenue )<br>Bethesda, Maryland 20816 )<br>)<br>Defendant. )<br>) | Case # 08-CV-00977<br>The Honorable Colleen Kollar-Kotelly |

### ORDER

Upon consideration of the foregoing Second Motion for Extension of Time to File Answer and no opposition thereto, it is this _____ day of _____, 2008, by the United States District Court for the District of Columbia,

ORDERED, that Claimant, Amanda Foxman Ward's Second Motion for Extension of Time to File Answer be and is hereby GRANTED; and it is further,

ORDERED that the time for Claimant, Amanda Foxman Ward to file her Answer in the above-captioned matter be and is hereby extended for an additional sixty (60) days or until October 28, 2008.

_____
The Honorable Colleen Kollar-Kotelly
United States District Court
For the District of Columbia