IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | * |
| Plaintiff, | * |
| v. | * CIVIL ACTION NO. 1:08-CV-977 (CKK) |
| 6302 MASSACHUSETTS AVENUE BETHESDA, MD 20816 | * |
| Defendant. | * |

\* \* \* \* \* \* \* \* \* \* \* \* \* \*

**CONSENT MOTION TO EXTEND DEADLINE FOR
LITTON LOAN SERVICING LP TO RESPOND TO COMPLAINT**

Litton Loan Servicing LP ("Litton"), through counsel and pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, respectfully submits this motion for an extension of time to respond to the Complaint in the above-captioned forfeiture proceeding. In support of the relief sought in this motion, Litton states as follows:

1. The United States of America ("Plaintiff") initiated this forfeiture proceeding on June 6, 2008 by filing a Verified Complaint for Forfeiture *in Rem*.

2. Litton, on behalf of and in its capacity as servicer for US Bank National Association ("US Bank N.A."), trustee for the Salomon Home Equity Loan Trust, Series 2002-WMC2 (the "Series 2002-WMC2 Trust"), filed a verified claim on August 27, 2008, pursuant to Rule G(5) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions.

3. On August 29, 2008, pursuant to a consent motion, the Court extended, until October 28, 2008, the deadline for Amanda Ward (Foxman), another claimant in this case, to

respond to the Complaint. Litton respectfully requests that the Court set the same deadline for Litton to file its responsive pleading in this case

4. On September 3, 2008, Litton's counsel contacted Plaintiff's counsel and obtained Plaintiff's consent to the extension of time requested in this motion.

WHEREFORE, Litton Loan Servicing L.P., on behalf of and in its capacity as servicer for US Bank National Association, trustee for the Salomon Home Equity Loan Trust, Series 2002-WMC2, respectfully requests that its consent motion be GRANTED, and that the time for Litton to respond to the Complaint be extended until October 28, 2008. A proposed Order is submitted for the Court's consideration.

Respectfully submitted,

September 3, 2008

/s/ Daniel J. Tobin
Daniel J. Tobin (Bar No. 434058)
TobinDJ@ballardspahr.com
Ballard Spahr Andrews & Ingersoll, LLP
4800 Montgomery Lane, Seventh Floor
Bethesda, MD 20814-3401
(301) 664-6210 (telephone)
(866) 398-7937 (facsimile)
*Attorneys for Litton Loan Servicing LP, in its capacity as servicer for U.S. Bank National Association, as Trustee for the Salomon Home Equity Loan Trust, Series 2002-WMC2*

## CERTIFICATE OF SERVICE

I hereby certify that on September 3, 2008, the foregoing Consent Motion to Extend Deadline for Litton Loan Servicing LP to Respond to Complaint was served via the Court's electronic filing system on the following counsel of record:

Diane G. Lucas
Assistant United States Attorney
United States Attorney's Office
555 4th Street, N.W., Room 4822
Washington, D.C. 20530
*Attorney for Plaintiff*

Ronald C. Machen
Wilmer Cutler Pickering Hale and Dorr LLP
1875 Pennsylvania Avenue, N.W.
Washington, D.C. 20006
*Attorney for Claimant Christopher J. Ward*

and

Kim Viti Fiorentino
Shulman, Rogers, Gandal, Pordy & Ecker, P.A.
11921 Rockville Pike, Third Floor
Rockville, MD 20852
*Attorney for Claimant Amanda Foxman Ward*

                                            /s/ Daniel J. Tobin
                                            Daniel J. Tobin

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **UNITED STATES OF AMERICA** | * |
|  | * |
| Plaintiff, | * |
|  | * |
| v. | *   CIVIL ACTION NO. 1:08-CV-977 (CKK) |
|  | * |
| **6302 MASSACHUSETTS AVENUE** | |
| **BETHESDA, MD 20816** | * |
|  | * |
| Defendant. | * |

\* \* \* \* \* \* \* \* \* \* \* \* \* \*

### **ORDER**

Having reviewed the Consent Motion to Extend Deadline for Litton Loan Servicing LP to Respond to Complaint, filed with the consent of Plaintiff, and for good cause having been shown, it is hereby:

**ORDERED** that the Consent Motion is **GRANTED**; and it is further

**ORDERED** that Litton Loan Servicing LP shall file its response to the Complaint in this case on or before October 28, 2008.

**IT IS SO ORDERED.**

_____                    _____
Date                                                                          The Honorable Colleen Kollar-Kotelly