IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | Civil Action No. 08-CV-00977 (CKK) |
| ) | |
| **6302 MASSACHUSETTS AVENUE** ) | |
| **BETHESDA, MD 20816,** ) | |
| ) | |
| **Defendant.** ) | |
| ) | |
| ) | |
| **CHRISTOPHER WARD** ) | |
| **AMANDA WARD** ) | |
| **LITTON LOAN SERVICING LP,** ) | |
| ) | |
| **Claimants.** ) | |

## PRAECIPE

The Clerk of the Court will please attach Exhibits B through E to Document No. 11, Joint Motion to Permit Interlocutory Sale of Defendant Property. The undersigned counsel inadvertently failed to attach them to the motion when it was filed.

Respectfully submitted,

_/s/_____
DIANE G. LUCAS,
Assistant United States Attorney
District of Columbia Bar No. 443610
555 4th St., N.W., Room 4822
Washington, D.C. 20530
(202) 514-7912
Diane.Lucas@usdoj.gov

Case Information

## Circuit Court of Maryland

Go Back

## Case Information

Court System: **Circuit Court for Montgomery County - Civil System**

Case Number: **296893V**    Sub Type: **OTHER LAW**

Date Filed: **06/16/2008**

Case Status: **CLOSED**

## Plaintiff Information

*(Each Alias, Address, and Attorney for the Plaintiff is displayed)*

Name: **UNITED STATES OF AMERICA**

Address: **C/O UNITED STATES ATTORNEY'S OFFICE**

**JUDICIARY CENTER BUILDING**

**555 4TH STREET, N.W.**

**WASHINGTON DC 20530**

## Defendant Information

*(Each Alias, Address, and Attorney for the Defendant is displayed)*

Name: **WARD, CHRISTOPHER**

Address: **6302 MASSACHUSETTS AVENUE**

**BETHESDA MD 20816**

Name: **FOXMAN, AMANDA**

Address: **6302 MASSACHUSETTS AVENUE**

**BETHESDA MD 20816**

## Issues Information

Issue: **LIS PENDENS**

## Document Tracking

Docket Date: **06/16/2008**    Docket Number: **1**

Docket Description: **REQUEST, NOTICE OF LIS PENDENS**

Docket Type: **Docket**    Filed By: **Plaintiff**

Docket Text: **REQUEST FOR NOTICE OF LIS PENDENS, FILED.**

Docket Date: **06/18/2008**    Docket Number: **2**

Docket Description: **NOTICE, NEW CASE NUMBER**

Docket Type: **Docket**

Docket Text: **NOTICE SENT GIVING NEW CASE NUMBER TO ALL PARTIES.**

Exhibit B

Case Information Page 2 of 2

Docket Date: **06/18/2008**   Docket Number: **3**

Docket Description: **NOTICE, LIS PENDENS**

Docket Type: **Docket**

Docket Text: **NOTICE OF LIS PENDENS AS TO THE PROPERTY KNOWN AS 6302 MASSACHUSETTS AVENUE, BETHESDA, MD 20816.**

*The complete case file can be obtained from the Circuit Courthouse.*

Go Back

USM-285 is a 5-part form. Fill out the form and print 5 copies. Sign as needed and route as specified below.

**U.S. Department of Justice**
United States Marshals Service

# PROCESS RECEIPT AND RETURN
See "Instructions for Service of Process by U.S. Marshal"

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| United States of America, U.S. Attorney's Office | 1:08-cv-00977 |
| DEFENDANT | TYPE OF PROCESS |
| 6302 Massachusetts Avenue Bethesda, MD 20816 | Verified Complaint & "Notice of Complaint" |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
6302 Massachusetts Avenue, Bethesda, MD 20816
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

Diane G. Lucas
William R. Cowden
Asst. U.S. Attorneys
555 4th Street, N.W., 4th Floor
Washington, D.C. 20530

Number of process to be served with this Form 285: 1
Number of parties to be served in this case: 1
Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (*Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service*):

Post & Walk (Post: "Notice of Complaint" and copy of Verified Complaint on the property)

08-FBI-004068

Signature of Attorney other Originator requesting service on behalf of:
Diane G. Lucas, Asst. U.S. Attorney
☒ PLAINTIFF
☐ DEFENDANT
TELEPHONE NUMBER: (202) 514-7912
DATE: 6/10/08

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin No. 37 | District to Serve No. 37 | Signature of Authorized USMS Deputy or Clerk: Annabelle Ruiz | Date 1/28/08 |

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☒ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (*See remarks below*)

Name and title of individual served (*if not shown above*): POST & WALK

☐ A person of suitable age and discretion then residing in defendant's usual place of abode

Address (*complete only different than shown above*):

Date: 08/12/08   Time: 1232 ☐ am ☒ pm

Signature of U.S. Marshal or Deputy: 5536

| Service Fee | Total Mileage Charges including endeavors | Forwarding Fee | Total Charges | Advance Deposits | |
|---|---|---|---|---|---|
| | | | | | $0.00 |

REMARKS: PLACED THROW MAIL SLOT ON FRONT DOOR.

**PRINT 5 COPIES:**
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 12/15/80
Automated 01/00

Exhibit C



# UNITED STATES POSTAL SERVICE

Home | Help

Track & Confirm

# Track & Confirm

## Search Results

Label/Receipt Number: **7002 2030 0006 6445 5934**
Status: **Delivered**

Your item was delivered at 12:01 PM on June 11, 2008 in BETHESDA, MD 20816.

Additional Details >    Return to USPS.com Home >

**Track & Confirm**
Enter Label/Receipt Number.

### Notification Options

**Track & Confirm by email**
Get current event information or updates for your item sent to you or others by email.    Go >

Site Map    Contact Us    Forms    Gov't Services    Jobs    Privacy Policy    Terms of Use    National & Premier Accounts

Copyright© 1999-2007 USPS. All Rights Reserved.    No FEAR Act EEO Data    FOIA

Exhibit D

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Ms. Amanda Foxman
6302 Massachusetts Avenue
Bethesda, MD 20816

Re: Mass Ave

2. Article Number
(Transfer from service label)    7002 2030 0006 6445 5934

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-15

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X                                                        ☐ Agent
                                                         ☐ Addressee
B. Received by ( Printed Name )    C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.
4. Restricted Delivery? (Extra Fee)    ☐ Yes

http://trkcnfrm1.smi.usps.com/PTSInternetWeb/InterLabelInquiry.do    6/26/2008

USPS - Track & Confirm                                              Page 1 of 1



Home | Help

Track & Confirm

# Track & Confirm

## Search Results

Label/Receipt Number: **7002 2030 0006 6445 5927**
Status: **Delivered**

Your item was delivered at 12:17 PM on June 11, 2008 in WASHINGTON, DC 20006.

(Additional Details >) (Return to USPS.com Home >)

**Track & Confirm**

Enter Label/Receipt Number.

## Notification Options

**Track & Confirm by email**

Get current event information or updates for your item sent to you or others by email. ‹ Go ›

Site Map   Contact Us   Forms   Gov't Services   Jobs   Privacy Policy   Terms of Use   National & Premier Accounts

Copyright© 1999-2007 USPS. All Rights Reserved.   No FEAR Act EEO Data   FOIA

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Ronald C. Machen, Esq.
   WilmerHale
   1875 Pennsylvania Avenue, N.W.
   Washington, DC 20006
   Re: Mass Ave

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X  *V. Fletcher*

B. Received by (Printed Name)   C. Date
   *V. Fletcher*

D. Is delivery address different from item 1?   ☐
   If YES, enter delivery address below:   ☐

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for M
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)

2. Article Number
   (Transfer from service label)   7002 2030 0006 6445 5927

http://trkcnfrm1.smi.usps.com/

PS Form 3811, February 2004   Domestic Return Receipt   102£



U.S. Department of Justice

Jeffrey A. Taylor
United States Attorney

*District of Columbia*

*Judiciary Center*
*555 Fourth St., N.W.*
*Washington, D.C. 20530*

July 25, 2008

WMC Mortgage Corp.
Legal Department
3100 Thornton Avenue
Burbank, CA 91504

Re: **NOTICE OF FORFEITURE ACTION**

To WMC Mortgage Corp:

The United States Attorney's Office for the District of Columbia filed a Verified Complaint for Forfeiture *In Rem* on June 6, 2008 against the property 6302 Massachusetts Avenue, Bethesda, MD 20816. Attached you will find the Complaint as well as a Notice of Forfeiture Action.

If you should have any questions, please contact Quynh D. Ha, Paralegal Specialist, at (202) 514-8671.

Sincerely,

JEFFREY A. TAYLOR
United States Attorney

By: _____
DIANE G. LUCAS
Assistant United States Attorney
Criminal Division
555 4th Street, N.W.
Washington, DC 20530

Enclosures



```
*************** -COMM. JOURNAL- ******************** DATE AUG-01-2008 ***** TIME 14:13 ********

         MODE = MEMORY TRANSMISSION         START=AUG-01 14:06    END=AUG-01 14:13

         FILE NO.=516

STN    COMM.    ONE-TOUCH/   STATION NAME/EMAIL ADDRESS/TELEPHONE NO.    PAGES      DURATION
NO.             ABBR NO.

001    OK       ⌂            917139668830                                013/013    00:01:40



                                                              -US ATTY                           -

***** UF-8000 v2 ******************* -        - ***** -                         - *********
```

## USAO-DC FAX Cover

U.S. Department of Justice
United States Attorney
District of Columbia

Judiciary Center
555 Fourth St. N.W.
Washington, D.C. 20530

| | | | |
|---|---|---|---|
| To: | Chris Wyatt<br>Vice President<br>Litton Loan Servicing, LP | From: | Diane Lucas, AUSA |
| Fax: | 713-966-8830 | Phone: | 202-514-7912 |
| Date: | August 1, 2008 | | |
| Re: | Verified Complaint and Notice of Forfeiture | | |
| Page(s): | including cover | | |

COMMENTS:

Thank you for speaking with me earlier today. Attached, please find copies of the same Verified Complaint and Notice of Forfeiture that we previously sent to WMC Mortgage Corporation regarding 6302 Massachusetts Avenue, Bethesda, Maryland 20816. If you have any questions, please feel free to contact me at the above number or my cell phone at 703-927-9694.

**U.S. ATTORNEY FACSIMILE COMMUNICATION**

*WARNING: Information attached to this cover sheet is U.S. Government Property. If you are not the intended recipient of this information, disclosure, reproduction, distribution, or use of this information is prohibited. Please notify the originator immediately to arrange for proper disposition.*

Exhibit E